Katharine T. Buzicky:ktb
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | UNDER SEAL |
| v. | Case No. 14-MJ-399 (JJG) |
| ANTHONY DOANE EDGE | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 21, 2014, in Mower County, in the State and District of Minnesota, the defendant

> having been previously convicted under the laws of the United States relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, namely, a conviction on or about August 28, 2006, in Olmsted County Court for Possession of Pornographic Work Involving Minors, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

all in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Complainant's signature

Richard T. Holden, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence,

Date: 5/23/14

_____
Judge's signature

The Honorable Jeanne J. Graham
United States Magistrate Judge
Printed name and title

City and state: St. Paul, MN

SCANNED
MAY 23 2014
U.S. DISTRICT COURT ST PAUL